IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Magistrate No.: 8:09MJ188 |
| PEDRO REQUEJO, | ) |
| Defendant. | ) |

## ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal in the above-captioned case be granted as requested.

DATED this 6 day of May, 2016.

F.A. GOSSETT III
United States Magistrate Judge